**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ELIZABETH JEAN MUNOZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN TSCHETTER, )<br>)<br>Defendant. )<br>) | **CIVIL ACTION**<br><br>No. 07-1004-MLB |

**ORDER**

Before the court is the Report and Recommendation of Magistrate Judge Donald W. Bostwick (Doc. 4) recommending that plaintiff's application for leave to proceed *in forma pauperis* be denied. Judge Bostwick's order was filed on May 22, 2007 and informed plaintiff of her right to serve objections. She has not done so.

The court has reviewed the file and Judge Bostwick's recommendation and concurs. Plaintiff is advised that she must pay the filing fee on or before June 25, 2007. If she does not do so, her case will be dismissed without further notice. Plaintiff is further advised that if she does pay the filing fee, she will be required to follow all of the Federal Rules of Civil Procedure, the rules of this court (which may be accessed through www.ksd.uscourts.gov) and any orders of the undersigned judge. Failure to follow the rules will result in the imposition of sanctions, up to and including dismissal.

IT IS SO ORDERED.

Dated this __18th__ day of June 2007, at Wichita, Kansas.

s/ Monti Belot
Monti L. Belot
UNITED STATES DISTRICT JUDGE